THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Malmborg



7/11/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MALMBORG, | Case No.  C 06-6828-JW-PVT |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| JOANN and LAWRENCE WHITE, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without  prejudice.

Date:  February 19, 2007

s/THOMAS N. STEWART, III
Attorney for Plaintiff

C 06-6828-JW-PVT                               1